# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT D. REDMOND,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. _____ |
| **ACE AMERICAN INSURANCE COMPANY,** | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, defendant Ace American Insurance Company ("Ace American") gives notice of its removal to the United States District Court for the District of Delaware of this proceeding, filed in the Superior Court of the State of Delaware, in and for New Castle County, under the caption *Robert D. Redmond v. Ace American Insurance Company*, Case No. N13C-09-055 PRW.  Ace American further states the following:

1.  This action presents a dispute between plaintiff and Ace American relating to Ace American's denial of insurance coverage sought by plaintiff in connection with a proceeding pending in the United States Bankruptcy Court for the District of Delaware (the "Underlying Proceeding").  *See* Complaint, ¶ 18.

2.  Ace American removes this case based on federal diversity jurisdiction under 28 U.S.C. § 1332.  There is complete diversity of citizenship between the plaintiff, an individual who resides in Alabama, *see* Complaint ¶ 1, and the defendant, a Pennsylvania corporation authorized to transact insurance in Delaware, *see id.* at ¶ 2.

3.  In addition, the amount in controversy exceeds $75,000.  Plaintiff alleges that, in declining to defend him or pay his defense costs incurred in the Underlying Proceeding, Ace

American: breached an insurance contract pursuant to which plaintiff alleges to be a beneficiary, breached the duty and/or implied covenant of good faith and fair dealing in such contract, engaged in bad faith, and conspired with a non-party.  *See* Complaint, ¶¶ 30-65.  Plaintiff seeks general damages, incidental and consequential damages, punitive damages, interest, costs, and attorneys' fees.  *See* Complaint, unnumbered ¶¶ following ¶¶ 40, 53, 55, 59, and 65.

4. Plaintiff filed the Complaint on September 6, 2013.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders to date in the State court proceeding are attached as Exhibit A.

5. The Complaint was filed on September 6, 2013.  Ace American thereafter received a copy of the Complaint.  Accordingly, this removal is timely in accordance with 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(d), Ace American will promptly give written notice of this Notice of Removal to plaintiff's counsel and file a copy of the same with the Clerk of the Superior Court of the State of Delaware, in and for New Castle County.  Copies of the Notice of Filing Removal and Notice to Plaintiff of Filing Removal are attached as Exhibits B and C.

    Respectfully submitted,

    */s/ Lindsay O. Clizbe*
    Todd C. Schiltz (I.D. 3253)
    Lindsay O. Clizbe (I. D. 5321)
    DRINKER, BIDDLE & REATH LLP
    1100 N. Market Street
    Suite 1000
    Wilmington, DE  19801-1254
    Telephone:  (302) 467-4200
    Todd.Schiltz@dbr.com
    Lindsay.Clizbe@dbr.com

    *Attorneys for Ace American Insurance Company*

Dated:  October 7, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Notice of Removal to be served via electronic mail on counsel for plaintiff, as follows:

Vicki L. Shoemaker
WHITEFORD TAYLOR PRESTON, LLC
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE  19801
vlschoemaker@mdwcg.com

                                                  */s/ Lindsay O. Clizbe*
                                                  Lindsay O. Clizbe (I. D. 5321)

Date:  October 7, 2013